**Order entered November 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01320-CV
No. 05-14-01321-CV
No. 05-14-01322-CV

**IN RE KEPHREN THOMAS, Relator**

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F1450677, F1450678, F1450679**

## ORDER
Before Chief Justice Wright and Justices FitzGerald and Francis

Before the Court are relator's October 29, 2014 motion for injunction/preliminary relief, which seeks a reduction of his bail or release on personal recognizance bond, and relator's motion for access to legal resources and for appointment of counsel. Relator's motion for injunction/preliminary relief concerns matters raised in his petition for writ of habeas corpus, which we dismissed for lack of jurisdiction on October 23, 2014. Relator's motion for access to legal resources seeks access to legal resources or the appointment of counsel to assist him until the conclusion of his habeas corpus proceeding. We **DENY** relator's motion for injunctive/preliminary relief and **DENY** his motion for access to legal resources and appointment of counsel.

/s/ KERRY P. FITZGERALD
JUSTICE